Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WONGAB CORPORATION, | Case No.: 2:17-cv-02240-CAS-SK |
|---|---|
| Plaintiff, | <u>Hon. Christina A. Snyder Presiding</u> |
| vs. | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| H&M HENNES & MAURITZ AB; *et al.*, | |
| Defendants. | |

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE THAT Plaintiff, WONGAB CORPORATION, by
4  and through its undersigned attorneys, hereby dismisses this action without prejudice
5  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 27, 2017        By:    /s/ *Scott A. Burroughs*
                                   Scott A. Burroughs, Esq.
                                   Trevor W. Barrett, Esq.
                                   Justin M. Gomes, Esq.
                                   DONIGER / BURROUGHS
                                   Attorneys for Plaintiff
                                   Wongab Corporation